ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jeric Griffith

Plaintiff

-vs-

Police Detective John Doe 1, Police Detective John Doe 2, The City of New York and the NYPD

Defendant(s)

**REQUEST TO PROCEED IN FORMA PAUPERIS**

CV 10 - 6066

COGAN, J.

I, Jeric Griffith, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____
   _____
   _____

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
   A) Plaintiff worked from July 2010 to November 2010  B) $1,100

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   Yes, My Father / $350/mo
   a) Are you receiving any public benefits?          ☒ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ _____

RECEIVED
DEC 28 2010
PRO SE OFFICE

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   Yes, $410.00

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   My son, $200.00 monthly

7. Do you pay for rent or for a mortgage? If so, how much each month?

   Yes, $700 monthly

8. State any special financial circumstances which the Court should consider.

   Plaintiff was released from a state facility in July and hasn't had a substantial amount of time to accumulate much funds.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 12-24-10

_____
(signature)

rev. 7/2002