

**MICHAEL A. CARDOZO**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BRADFORD C. PATRICK**
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

February 10, 2011

BY ECF
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: <u>Jeric Griffith v. Police Detective John Doe 1, et al.</u>,
          10 CV 6066 (BMC)(LB)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and I am one of the attorneys assigned to the above-referenced action.[1]  I am writing to respectfully respond to Your Honor's <u>Valentin</u> Order dated January 11, 2011, which directed this Office to ascertain the full names and correct service addresses of the two John Doe detectives who allegedly effected an arrest of plaintiff on or about December 27, 2007 on Schenectady Avenue in Brooklyn.

      Upon information and belief, Detective Charles Stewart and Sergeant Robert Caban were the two members of the New York City Police Department who were present when plaintiff was arrested on the aforementioned date.  Both individuals may be served with a copy of the summons and complaint at 1 Police Plaza, New York City Police Department, Narcotics Division, Room 1100, New York, New York 10007.

---

[1] This case has been assigned to Assistant Corporation Counsel Steven Silverberg, who is presently awaiting admission to the bar and is handling this matter under supervision.  Mr. Silverberg may be reached directly at (212) 788-1336.

- 2 -

    Thank you for your consideration in this regard.

                                         Respectfully submitted,

                                             /s/

                                         Bradford C. Patrick
                                         Assistant Corporation Counsel
                                         Special Federal Litigation Division

CC:    <u>BY MAIL</u>
        Jeric Griffith
        *Plaintiff* Pro Se
        160 Mill Street, #1
        Poughkeepsie, NY 12601